LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law Nos. I, II, III, IV, and V.

2009–1478.   Law Offices of James P. Connors v. Cohn.
Franklin App. No. 08AP–1031, 2009-Ohio-3228.

2009–1492.   State v. Mathis.
Cuyahoga App. No. 91830, 2009-Ohio-3289.

2009–1495.   Hughley v. Saunders.
Fairfield App. No. 09 CA 29.

2009–1508.   Univ. Commons Assoc., Ltd. Partnership v. Commercial One Asset Mgt., Inc.
Cuyahoga App. No. 91973, 2009-Ohio-3061.

2009–1512.   Lewis v. Harding.
Cuyahoga App. No. 92397, 182 Ohio App.3d 588, 2009-Ohio-3071.

2009–1519.   State v. Sauer.
Hamilton App. No. C–080736.

2009–1528.   Montgomery v. Tenneco Automotive Operating, Inc.
Erie App. No. E–08–076, 2009-Ohio-3394.

2009–1536.   State v. Stewart.
Seneca App. No. 13–08–18, 2009-Ohio-3411.

2009–1537.   State v. Brakeall.
Fayette App. Nos. CA2008–06–022 and CA2008–06–023, 2009-Ohio-3542.

2009–1539.   Baker Motors, Inc. v. Baker Motors Towing, Inc.
Cuyahoga App. No. 92049, 2009-Ohio-3294.

2009–1562.   Smith v. Martin.
Franklin App. No. 08AP–692, 2009-Ohio-3440.

2009–1569.   State v. Blaylock.
Montgomery App. No. 22761, 2009-Ohio-3514.

2009–1571.   Reinbolt v. Kern.
Wood App. No. WD–08–043, 2009-Ohio-3492.

2009–1575.   Elliott v. Smead Mfg. Co.
Hocking App. No. 08CA13/08AP13, 2009-Ohio-3754.

2009–1584.   State v. Williams.
Montgomery App. No. 22858, 2009-Ohio-3635.

2009–1591.   State v. Majid.
Cuyahoga App. No. 90491, 182 Ohio App.3d 730, 2009-Ohio-3075.
   O'DONNELL, J., dissents.

2009–1593.   Meeker v. Akron Health Dept.
Summit App. No. 24539, 2009-Ohio-3560.

2009–1596.   Oberhauser v. Ryan.
Butler App. No. CA2008–11–266, 2009-Ohio-3680.
   PFEIFER and O'DONNELL, JJ., dissent.

2009–1599.   Davis v. Squire, Sanders & Dempsey, L.L.P.
Hamilton App. No. C–080774, 2009-Ohio-3613.
   PFEIFER, J., dissents.

2009–1600.   State v. Cutts.
Stark App. No. 2008CA00079, 2009-Ohio-3563.